# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

YANPING CHEN,                                      )
                                                   )
         Plaintiff,                        )
                                                   )
v.                                                 )        Case Number: 20-mc-00107 (CRC)
                                                   )
FEDERAL BUREAU OF                                  )
INVESTIGATION, *et al*.,                           )
                                                   )
         Defendant.                        )
_____ )

## NON-PARTY STEPHEN J. RHOADS' STATUS REPORT REGARDING HIS RESPONSE TO THE COURT'S NOVEMBER 23, 2021 ORDER

Non-party Chief Warrant Officer Stephen J. Rhoads, by counsel, respectfully submits this status report regarding his response to the Court's November 23, 2021 Order.

1.      By order entered November 23, 2021, the Court expanded the scope of Plaintiff's subpoena to T-Mobile for Chief Rhoads' cell phone records.  The expanded subpoena requires the production of records of calls and texts between Chief Rhoads and three individuals (six separate phone numbers) between from December 1, 2012 through July 31, 2014 and June 29, 2017 through December 31, 2018.[1]

2.      As of January 14, 2022, Chief Rhoads' counsel had received from T-Mobile what appears to be the phone records from the time periods covered by the Court's order.  The records consist of 727 pages, and, like the earlier production, include the following:  (1) date and time; (2) phone number; (3) description; (4) type; (5) minutes; and (6) amount.

---

[1]      Plaintiff is seeking to expand the subpoena further to include calls or text between Chief Rhoads and eleven additional persons and an unidentified number of phone numbers. *See* ECF No. 48.

3.      Based on T-Mobile's earlier production, Chief Rhoads estimates that the new records contain information on at least 40,000 unique calls/texts.  Chief Rhoads believes this number may be underestimated because, unlike the earlier production, approximately 100 pages contain two rows of information.

4.      Of the 727 pages produced by T-Mobile, 401 pages cannot be digitized or optically recognized.  Accordingly, Chief Rhoads must manually review at least 22,000 rows of information for the six relevant phone numbers.  The process will be laborious and time consuming, and Chief Rhoads cannot estimate how long it will take to complete.

5.      As previously noted, Chief Rhoads' counsel are currently in Los Angeles, California for bench trial that is expected to last until at least January 28, 2022.  The trial began on December 1, 2021 and broke for two weeks over the Holidays.  Post-trial submissions will require a substantial amount of time and effort as, in total, the trial will have lasted at least six weeks.  The matter is *Crest, et al. v. Padilla*, Case No. 19STCV27561 (Los Angeles Cnty. Super. Ct.).  The undersigned also are in the middle of summary judgment briefing in a related matter in that same court, and, if this case is not resolved on summary judgment, it is scheduled for a bench trial beginning on March 25, 2022.  The related matter is *Crest, et al. v. Padilla*, Case No. 20STCV37513 (Los Angeles Cnty. Super. Ct.).  Chief Rhoads' counsel also currently is understaffed, as both paralegals who assisted with the processing, identification, review, and redaction of the prior production are no longer with counsel's organization.  These preexisting obligations and their impact on counsel's limited resources obviously affect the time Chief Rhoads requires to review and redact the records.

- 3 -

Dated:  January 17, 2022

Respectfully submitted,

*/s/ Paul J. Orfanedes*
Paul J. Orfanedes
D.C. Bar No. 429716
Michael Bekesha
D.C. Bar No. 995749
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172
Email: porfanedes@judicialwatch.org
          mbekesha@judicialwatch.org

*Counsel for Non-Party Chief Warrant*
*Office Stephen J. Rhoads*